IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  McKinney, Ivy C | Case Number: 07 B 04901 |
| McKinney, Jean I | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 3/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 22, 2008
Confirmed: August 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,875.00 | |
| Secured: | | 8,174.50 |
| Unsecured: | | 480.08 |
| Priority: | | 0.00 |
| Administrative: | | 1,590.94 |
| Trustee Fee: | | 618.73 |
| Other Funds: | | 10.75 |
| Totals: | 10,875.00 | 10,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 34.58 | 34.58 |
| 2. | Ledford & Wu | Administrative | 66.36 | 66.36 |
| 3. | Ledford & Wu | Administrative | 1,490.00 | 1,490.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 10. | Wells Fargo Financial Illinois Inc | Secured | 660.56 | 608.96 |
| 11. | Turbo Title Loans | Secured | 1,556.14 | 1,556.14 |
| 12. | HomeComings Financial Network | Secured | 3,144.73 | 3,144.73 |
| 13. | Chase Manhattan Mortgage Corp | Secured | 2,864.67 | 2,864.67 |
| 14. | CLC Consumer Services | Unsecured | 702.66 | 26.87 |
| 15. | American Express Centurion | Unsecured | 130.30 | 0.00 |
| 16. | American Express Centurion | Unsecured | 739.30 | 28.27 |
| 17. | Sallie Mae | Unsecured | 3,541.14 | 135.40 |
| 18. | American Express Centurion | Unsecured | 132.65 | 0.00 |
| 19. | Sallie Mae | Unsecured | 4,169.93 | 159.44 |
| 20. | Sallie Mae | Unsecured | 1,816.13 | 69.44 |
| 21. | Capital One | Unsecured | 696.07 | 26.62 |
| 22. | ECast Settlement Corp | Unsecured | 890.35 | 34.04 |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | CB USA Sears | Unsecured | | No Claim Filed |
| 25. | Macy's | Unsecured | | No Claim Filed |
| 26. | Sallie Mae | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McKinney, Ivy C
McKinney, Jean I
Printed: 12/23/08

Case Number: 07 B 04901
Judge: Hollis, Pamela S
Filed: 3/20/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sallie Mae | Unsecured | | No Claim Filed |
| 28. Octavia Carpenter | Unsecured | | No Claim Filed |
| | | $ 22,635.57 | $ 10,245.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 429.30 |
| 6.5% | 189.43 |
| | $ 618.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

